AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |
|---|---|
| Tyrone Perry, *Plaintiff* v. Larry Cartledge, Warden; Richard Turner, DHO; Leigh Pollman, DHO recorder; Cheryl Hindenburg, Inmate Grievance Coordinator; Laura Buttrey, Counsel Substitute; Shantae Kollock, *Defendants* | Civil Action No.     1:14-cv-04796-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ The plaintiff, Tyrone Perry, shall take nothing of the defendants, Larry Cartledge, Warden; Richard Turner, DHO; Leigh Pollman, DHO recorder; Cheryl Hindenburg, Inmate Grievance Coordinator; Laura Buttrey, Counsel Substitute; Shantae Kollock, and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:  August 27, 2015                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                s/M. Walker
                                                    *Signature of Clerk or Deputy Clerk*